# INITIAL APPEARANCE CALENDAR

Magistrate Judge: __Steven Tiscione__  Date: __8/21/19__

Magistrate Case Number: __19-744M 5M__  LOG #: __7:48 - 7:59__

Defendant's Name: __Choonok Jeon__

__✓__ Court appointed counsel.  ___ Defendant retained counsel.

Defense Counsel: __Mildred Whalen__  CJA: ___  FDNY: __✓__  RET: ___

A.U.S.A. __Miriam Glaser Dauermann__  Clerk: __Felix Chin__

Interpreter: __Kyong-Sik Song__  Language: __Korean__

__✓__ ARRAIGNMENT on Complaint held.  ___ Government Agent Sworn

__✓__ DETENTION HEARING Held:  ___ Government opposed bail for reasons stated on the record.

  __✓__ Bond set at __$500,000__.  __✓__ Bond set on consent of both parties.

Defendant: __✓__ released  ___ held pending satisfaction of bond conditions.

__✓__ Defendant advised of bond conditions set by the Court and signed the bond.

___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by _____

___ After detention hearing, Court orders detention in custody.  ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

__✓__ Preliminary Hearing set for: _____; or  __✓__ waived by defendant

__✓__ Status Conference set for: __9/23/19 @ 11:00__ before Judge __duty MJ__

___ Medical memo issued.

___ REMOVAL (Rule 5) PROCEEDING held. To the district of: _____

  ___ Identity hearing held. Court  ___ orders removal  ___ denies removal

  ___ Defendant waives:  ___ identity hearing  ___ preliminary hearing

  ___ Identity/ Removal Hearing set for: _____

  ___ No bail application presented to the Court. Commitment to the District _____ entered.

Other Comments/Rulings: _____