PAUL B. BRICKFIELD•†
pbrickfield@brickdonlaw.com

JOSEPH R. DONAHUE•
jdonahue@brickdonlaw.com

of counsel
NANCY J. SCAPPATICCI
nscappaticci@brickdonlaw.com

SANDRA COIRA
scoira@brickdonlaw.com

*CERTIFIED CRIMINAL TRIAL LAWYER - NEW JERSEY
† MEMBER OF NEW YORK BAR



**BRICKFIELD & DONAHUE**
A T T O R N E Y S
70 GRAND AVENUE
RIVER EDGE, NEW JERSEY 07661
TELEPHONE (201) 488-7707
FACSIMILE (201) 488-9559
www.brickdonlaw.com

NEW YORK OFFICE
PAUL B. BRICKFIELD P.C.
219 WESTCHESTER AVENUE
SUITE 200
PORT CHESTER, N.Y. 10573
(914) 935-9705

November 4, 2019

**Via ECF Only**
Clerk
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Choonok Jeon
              Criminal Docket No.: 1:19-mj-00745-ST

Dear Sir or Madam:

I represent Choonok Jeon in the above-referenced matter which is scheduled for an Application and Order of Excludable Delay on Wednesday, November 6, 2019 at 11:00 a.m. I am writing to advise that Ms. Jeon will require a Korean interpreter at that time. Thank you.

                                      Very truly yours,

                                      Paul B. Brickfield

cc:    Miriam Glaser Dauermann, Esq. (via ECF only)
        Andrew Wang, Esq. (via ECF only)