# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE ~~VERA SCANLON~~ Roanne Mann            DATE: 11/6/19

DOCKET NUMBER: 19 M 745            LOG #: 3:11 - 3:17

DEFENDANT'S NAME: CHOONOK JEON
    _X_ Present    ___ Not Present    ___ Custody    _X_ Bail

DEFENSE COUNSEL: PAUL BRICKFIELD
    ___ Federal Defender    ___ CJA    _X_ Retained

A.U.S.A: MIRIAM GLASER            CLERK: SM YUEN

INTERPRETER: Kyeong-Sik-Song  (Language) KOREAN

___ Defendant arraigned on the : ___ indictment ___ superseding indictment ___ probation violation

_ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held. ___ Defendant's first appearance.
    ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
    ___ Defendant advised of bond conditions set by the Court and signed the bond.
    ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
    ___ (Additional) surety/ies to co-sign bond by _____
    ___ After hearing, Court orders detention in custody. ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

_X_ Order of Excludable Delay/Speedy Trial entered. Start 11/8/19 Stop 12/8/19

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: _____